UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
   COREY A. LATIMER, SR.
                  Plaintiff,

v.

   MARK ROYCE, Superintendent; SGT.
   ROSITA ROSSY; and SGT. DAVID
   MAZELLA,
                  Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 1275 (VB)

      Counsel is reminded they must serve all documents on plaintiff by mailing such documents to his address as listed on the docket and file proof of the same. Accordingly, by **October 1, 2021**, counsel for defendants shall file on the docket proof that their motion to dismiss was served on plaintiff.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 28, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge