UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
COREY A. LATIMER, SR., :
          Plaintiff, :
v. :
   : 
DOCCS COMMISSIONER ANTHONY : **ORDER**
ANNUCCI, GREEN HAVEN :
CORRECTIONAL FACILITY SERGEANT : 21 CV 1275 (VB)
ROSITA ROSSY, and GREEN HAVEN :
CORRECTIONAL FACILITY SERGEANT :
DAVID MAZELLA, :
          Defendants. :
--------------------------------------------------------------x

    By Order dated May 18, 2022, the Court directed defense counsel to file a joint status report on settlement discussions by **September 30, 2022**. (Doc. #43). To date, defense counsel has not done so.

    Accordingly, the Court sua sponte extends the deadline for defense counsel to file a joint status report to **October 13, 2022**.

    Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: October 5, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge