UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
   COREY A. LATIMER, SR.
                    Plaintiff,
v.

   DOCCS COMMISIONER ANTHONY
   ANNUCCI; SGT. ROSITA ROSSY; and
   SGT. DAVID MAZELLA,
                    Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 1275 (VB)

      As discussed at a telephone conference held on the record today, at which plaintiff, who is proceeding pro se, and defense counsel appeared, it is HEREBY ORDERED:

      1.     By **March 23, 2023**, plaintiff shall send defense counsel any edits to his deposition transcript pursuant to Fed. R. Civ. P. 30(e)(1). If plaintiff fails to do so, he will waive his right to make changes to his deposition transcript.

      2.     By **April 28, 2023**, defendants shall file a motion for summary judgment. By **May 30, 2023**, plaintiff shall file his opposition. By **June 13, 2023**, defendants shall file their reply. Attached hereto is a motions guide. Plaintiff is reminded that he is expected to comply with the guidelines contained therein when filing his opposition.

      3.     The parties are directed to continue discussing settlement in good faith.

      4.     In light of the discussion at the conference, plaintiff is directed to review the relevant provisions of the Prison Reform Litigation Act, specifically 42 U.S.C. § 1997e(e).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 9, 2023
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge