**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
COREY A. LATIMER, SR.,

                Plaintiff,                21 **CIVIL** 1275 (VB)

      -against-                      **JUDGMENT**

DOCCS COMMISSIONER ANTHONY
ANNUCCI; GREEN HAVEN
CORRECTIONAL FACILITY SERGEANT
ROSITA ROSSY; GREEN HAVEN
CORRECTIONAL FACILITY SERGEANT
DAVID MAZELLA, each in their individual
capacities,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 13, 2023, Defendants motion for summary judgment is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
          October 13, 2023

                                      **RUBY J. KRAJICK**
                                      _____
                                        **Clerk of Court**

                              **BY:**
                                        **Deputy Clerk**